IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARKLAND GASSOWAY,

    Petitioner,                    No. CIV S-04-1851 WBS DAD P

    vs.

SUPERIOR COURT OF CALIFORNIA, SAN JOAQUIN COUNTY, et al.,

    Respondent.                  <u>ORDER</u>

        Petitioner has filed a document titled "Motion for Procedural Order under Rule 26(b) to Reorder Civil Rights Statute 42 U.S.C. § 1983 & 28 U.S.C. § 2254 Be Order Under Civil Case # SF086978A." This incomprehensible filing does not include the case number of any case filed in this court. The court's records reflect that petitioner has filed five cases, three habeas proceedings and two civil rights actions, all of which were closed at least a year ago. IT IS ORDERED that petitioner's April 13, 2006 motion is denied. Subsequent documents filed in this closed case will be disregarded, and no orders will issue in response to future filings.

DATED: April 19, 2006.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
gass1851.158